## CIRCUIT COURT OF THE CITY OF LYNCHBURG

Audrey M. Ferguson

v.

K. T. Ford, III,
Frederick W. Sloan,
and Lynchburg General-Marshall
Lodge Hospitals, Inc.

November 17, 1982

By JUDGE J. SAMUEL JOHNSTON, JR.

It is abundantly clear to me that the plaintiff cannot pursue the extant claim in that she is barred by the two-year statute of limitations concerning actions for personal injuries and she has failed to comply with the mandatory dictates of § 8.01-581.2 of the Code of Virginia of 1950, as amended. It is of no moment that plaintiff has couched a portion of her claim in contractual terms as this is patently a claim in tort for personal injuries allegedly caused or inflicted by the defendants. Further, by failing to comply with § 8.01-581.2, plaintiff has precluded herself from pursuing the malpractice claim in the above styled case. To allow plaintiff to pursue her claim now would be a contravention of both the case law and statutes controlling in Virginia.

Counsel for defendants will prepare the dismissal order.